1  KAREN P. HEWITT
   United States Attorney
2  MELANIE K. PIERSON
   Assistant U.S. Attorney
3  California State Bar No. 112520
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5685/(619)557-7055 (Fax)
   Email: Melanie.Pierson@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                        UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )   Criminal Case No. 08-CR-1092-JAH
                                    )
11              Plaintiff,          )
                                    )   NOTICE OF APPEARANCE
12      v.                          )
                                    )
13 JAMES FOLSOM,                    )
                                    )
14              Defendant.          )
                                    )

15

16 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17      I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18      I certify that I am admitted to practice in this court or authorized to practice under CivLR

19 83.3.c.3-4.

20      DATED: April 9, 2008

21                                          Respectfully submitted,

22

23                                          KAREN P. HEWITT
                                            United States Attorney
24
                                            s/Melanie K. Pierson
25                                          _____
                                            MELANIE K. PIERSON
26                                          Assistant United States Attorney
                                            Attorneys for Plaintiff
27                                          United States of America
                                            Email: Melanie.Pierson@usdoj.gov
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Notice of Appearance
United States v. *  2  *