# Exhibit 1



**U.S. Department of Justice**

*Karen P. Hewitt*
*United States Attorney*
*Southern District of California*

| | |
|---|---|
| *Melanie K. Pierson*<br>*Assistant United States Attorney* | *(619) 557-5685*<br>*Fax (619) 557-7055* |

*San Diego County Office*
*Federal Office Building*
*880 Front Street, Room 6293*
*San Diego, California 92101-8893*

*Imperial County Office*
*516 Industry Way*
*Suite C*
*Imperial, California 92251-7501*

November 14, 2007

Carlos Negrete, Esq.
27422 Calle Arroyo
San Juan Capistrano, California   92675

Tom Warwick, Esq.
Grimes & Warwick
2664 Fourth Avenue
San Diego, California   92103

Re: <u>United States v. James Folsom and Gabino Palafox</u>
    Criminal Case No. 07cr2852-JAH

Dear Messrs. Negrete and Warwick:

    Preliminary discovery has been made available to you by this office in the above-referenced case. In addition to the 521 pages of discovery that have been provided, additional discovery is available for you to review at the office of the Food and Drug Administration at 201 Avenida Fabricante, Suite 200, San Clemente, California. The materials stored at the FDA include the items and documents seized during the execution of search warrants in the case, as well as documents obtained through the use of grand jury subpoena (primarily bank records and records from vendors). To make arrangements for access to these items for review, please contact FDA Special Agent Jim Logan at 949-366-4600. If you wish to obtain copies of any of the documents you review, you can also make arrangements for a copy service to have access to the records, and copy such documents as you wish, at your expense.

    I look forward to seeing you at our next hearing before Judge Porter on November 27, 2007, at 2:00 p.m.

Very truly yours,

KAREN P. HEWITT
United States Attorney

*[signature]*

MELANIE K. PIERSON
Assistant U.S. Attorney



U.S. Department of Justice

**Karen P. Hewitt**
United States Attorney
Southern District of California

| | |
|---|---|
| Melanie K. Pierson<br>Assistant United States Attorney | (619) 557-5685<br>Fax (619) 557-7055 |

San Diego County Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893

Imperial County Office
516 Industry Way
Suite C
Imperial, California 92251-7501

May 5, 2008

Carlos Negrete, Esq.
27422 Calle Arroyo
San Juan Capistrano, California   92675-2747

Re: United States v. Folsom
    Criminal Case No. 08-CR-1092-JAH

Dear Mr. Negrete:

    I received an email from you today, indicating that you were confused about the discovery that would be available to you. By letter of November 14, 2007, I advised you that you had been provided with 521 pages of preliminary discovery, and that the additional discovery (consisting of the materials seized during the execution of search warrants, as well as documents obtained through the use of grand jury subpoena) were available for your review (and copying at your expense) at the FDA. That has always been the case, and remains the case. Since FDA Special Agent Logan has now retired, you may contact Special Agent Mark Ruiz at 949-366-4600 to obtain access.

    I believe you are confused when you state that Special Agent Ruiz advised you that there were 50 boxes of *documents*. While there are more than 50 boxes of evidence, the majority of them contain seized devices and parts. All of the boxes of evidence relevant to this case (including those from related cases) will be made available in their entirety. I think you have grossly overestimated the amount of documents when you suggest that 250,000 *documents* exist.

    There is presently no index of all the evidence held at the FDA, but if such an index existed I would consider it work product. The "log" of which you write that Special Agent Ruiz showed you is a group of internal evidence forms used by the FDA, which are specifically not discoverable, pursuant to Rule 16(a)(2). Nonetheless, in an effort to assist you in preparing for trial, these documents have been made available to you as a part of the remaining discovery offered to you. The discovery my secretary contacted you about consists of the exhibits presented to the grand jury at the time your client was indicted, and the evidence forms you had requested. As my secretary advised your assistant, the standard practice of this office is to charge a fee of $0.10 per page for copying. The discovery is available to be picked up at our office, or it can be shipped to you, at your expense.

Page Two
Letter to Carlos Negrete, Esq.
United States v. Folsom, Criminal Case No. 08-CR-1092-JAH
May 5, 2008

Although this office has documented the fact that your office has been contacted and advised of the availability of these materials, I am told that you have not yet picked up the initial discovery, which was made available on November 9, 2007, (for which there is a copying charge of $52.10), or the latest discovery, described above, which was made available on May 1, 2008 (for which there is a copying charge of $355.90). I am also told that you have not contacted Special Agent Ruiz to set up a date for you to review the materials stored at the FDA, in spite of being advised by me in writing that they have been available since November 14, 2007, and being advised orally by Ruiz on April 22, 2008, that he would make them available as soon as you scheduled a date to review them. Since you state in your email you wish to copy "everything", I can see no prejudicial delay from your inability to obtain the evidence forms any earlier than May 1, 2008.

I hope this clarifies the available discovery for you. If you have any further questions, please don't hesitate to contact me again.

Very truly yours,

KAREN P. HEWITT
United States Attorney

MELANIE K. PIERSON
Assistant U.S. Attorney



**U.S. Department of Justice**

**Karen P. Hewitt**
United States Attorney
Southern District of California

| | |
|---|---|
| *Melanie K. Pierson*<br>*Assistant United States Attorney* | *(619) 557-5685*<br>*Fax (619) 557-7055* |

| | |
|---|---|
| San Diego County Office<br>Federal Office Building<br>880 Front Street, Room 6293<br>San Diego, California 92101-8893 | Imperial County Office<br>516 Industry Way<br>Suite C<br>Imperial, California 92251-7501 |

May 8, 2008

Carlos Negrete, Esq.
27422 Calle Arroyo
San Juan Capistrano, California   92675-2747

Re: <u>United States v. Folsom</u>
    Criminal Case No. 08-CR-1092-JAH

Dear Mr. Negrete:

    I received your letter of May 7, 2008, regarding the evidence held at the FDA. No evidence is being withheld from you. To the contrary, you have been repeatedly offered opportunities to review the evidence and have yet to avail yourself of any of those offers. The evidence held at the FDA, as you have been repeatedly advised, will be made available for your review and copying as soon as you set a date with Special Agent Ruiz. It is the same evidence that was offered for your review in my letter of November 9, 2007. None of this evidence has been moved to San Diego.

    The evidence offered to you six months ago for the misdemeanor case is also relevant to the current felony charges. The misdemeanor charges of conspiracy and sale of an adulterated device in the Information are similar to the felony charges of conspiracy and sale of an adulterated device in the Indictment, not "quite different" as you suggest in your letter.

    The "log" that you continue to demand that your client has a right to is an agency form used internally to keep track of the location of evidence. Pursuant to Rule 16(a)(2) "internal government documents made by an attorney for the government or other government agent in connection with investigating and prosecuting the case" are specifically "not subject to disclosure." Nonetheless, this document, as you are well aware, has been available to you since May 1, 2008, along with the other discovery materials copied by this office. As the descriptions of the items are general in nature, the evidence forms will likely be of limited assistance in refining your review.

    Although you indicate you are willing to "overnight" a check for payment, this office still has not received payment in the amount of $408.00 for the copying of the discovery that you were advised were due in my letter of May 5, 2008. Please clarify that you will immediately pay these costs, as well as the costs of shipping (please provide a Fed Ex account number or equivalent) and I will direct my secretary to ship this material to you today. The discovery produced by this office is not just evidence presented to

Page Two
Letter to Carlos Negrete, Esq.
United States v. Folsom, Criminal Case No. 08-CR-1092-JAH
May 8, 2008

the grand jury but also other documents you are entitled to review under Rule 16(a)(1) of the Federal Rules of Criminal Procedure. They are generally not duplicative of the records held at the FDA.

Additional discovery will be made available later today or tomorrow, consisting of the reports of analysis performed on the devices by the FDA. As is our standard practice, your office will be contacted and advised when they are available, and what the cost will be. If you would like to have those records shipped to your office as well, please advise the caller and forward payment immediately. Given the timing, you may just want to pick them up when you are in San Diego for the motion hearing on Monday. I hope this clarifies the available discovery for you. If you have any further questions, please don't hesitate to contact me again.

Regarding your potential request to continue the hearing set for Monday, I would be forced to oppose such a request because of Speedy Trial issues. At present, the Speedy Trial clock is running and the maximum trial date, as calculated by the court clerk, is June 20, 2008. Accordingly, I expect the court on Monday to set a date for trial prior to that date. Under the circumstances, any delay of the hearing date of May 12, 2008, will be extremely prejudicial for the United States.

Very truly yours,

KAREN P. HEWITT
United States Attorney

MELANIE K. PIERSON
Assistant U.S. Attorney