1  KAREN P. HEWITT
   United States Attorney
2  MELANIE K. PIERSON
   Assistant U.S. Attorney
3  California State Bar No. 112520
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5685 /(619) 557-7055 (Fax)
   Email: Melanie.Pierson@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )   Criminal Case No. 08CR1092-JAH
                                    )
11                 Plaintiff,       )   DATE: June 16, 2008
                                    )   TIME: 9:00 a.m.
12       v.                         )
                                    )   GOVERNMENT'S NOTICE OF MOTION
13 JAMES FOLSOM,                    )   AND MOTION FOR RECIPROCAL
                                    )   DISCOVERY
14                 Defendant.       )
                                    )
15

16   **TO:   Carlos F. Negrete, Counsel for defendant JAMES FOLSOM**

17        PLEASE TAKE NOTICE that on Monday, June 16, 2008, at 9:00 a.m., or as soon thereafter as

18 counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

19 KAREN P. HEWITT, United States Attorney and MELANIE K. PIERSON, Assistant United States

20 Attorney, will move the court for an order granting the Government's Motion for Reciprocal Discovery.

21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

**MOTION**

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney and MELANIE K. PIERSON, Assistant United States Attorney, will hereby move the court for an order granting the Government's Motion for Reciprocal Discovery.

DATED:  June 3, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ Melanie K. Pierson

MELANIE K. PIERSON
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email:  Melanie.Pierson@usdoj.gov

<table>
<tr><td colspan="2" align="center">UNITED STATES DISTRICT COURT</td></tr>
<tr><td colspan="2" align="center">SOUTHERN DISTRICT OF CALIFORNIA</td></tr>
</table>

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1092-JAH |
| Plaintiff, ) | |
| v. ) | |
| JAMES FOLSOM, ) | **CERTIFICATE OF SERVICE** |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, Melanie K. Pierson, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Government's Notice of Motion and Motion for Reciprocal Discovery, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Carlos F. Negrete (cnegrete1@hotmail.com)**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2008.

s/ Melanie K. Pierson
_____
MELANIE K. PIERSON
Assistant United States Attorney
Melanie.Pierson@usdoj.gov