KAREN P. HEWITT
United States Attorney
MELANIE K. PIERSON
Assistant U.S. Attorney
California State Bar No. 112520
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5685/(619) 557-7055(Fax)
Email: Melanie.Pierson@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1092-JAH |
|---|---|---|
| Plaintiff, | ) | DATE: June 16, 2008 |
| | ) | TIME: 9:00 a.m. |
| v. | ) | |
| | ) | POINTS AND AUTHORITIES IN |
| JAMES FOLSOM, | ) | SUPPORT OF GOVERNMENT'S |
| | ) | MOTION FOR RECIPROCAL |
| Defendant. | ) | DISCOVERY |

I

MEMORANDUM OF POINTS AND AUTHORITIES

A.   RULE 16(b)

The defendant has invoked Federal Rule of Criminal Procedure 16(a) in the defense motion for discovery.  Further, the Government has voluntarily complied with the requirements of Federal Rule of Criminal Procedure 16(a).  Thus, the 16(b) provision of that rule is applicable and should presently be determined to be operable as to the defendant.

The Government, pursuant to Rule 16(b), hereby requests the defendant to permit the Government to inspect, copy, and photograph any and all books, papers, documents, data, photographs, tangible objects, buildings or places or make copies of portions thereof, which are within the possession, custody or control of the defendant and which he intends to introduce as evidence in his case-in-chief at trial.

1       The Government further requests that it be permitted to inspect and copy or photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, which are in the possession or control of the defendant, which he intends to introduce as evidence-in-chief at the trial or which were prepared by a witness whom the defendant intends to call as a witness.

      The Government also requests a written summary of any testimony the defendant intends to use under Rules 702, 703 or 705 of the Federal Rules of Evidence, which describe the witness' opinions, the bases and reasons for those opinions, and the witness' qualifications. The Government also requests that the court make such orders as it deems necessary under Rule 16(d)(1) and (2) to insure that the Government receives the discovery to which it is entitled.

      B.    <u>RULE 26.2</u>

      Federal Rule of Criminal Procedure 26.2 requires the production of prior statements of all witnesses, except the defendants. The rule thus provides for the reciprocal production of <u>Jencks</u> statements. The time frame established by the rule requires the statement to be provided after the witness has testified, as in the Jencks Act. Therefore, the Government hereby requests that the defendant be ordered to supply all prior statements of defense witnesses by a reasonable date before trial to be set by the court. This order should include any form these statements are memorialized in, including but not limited to, tape recordings, handwritten or typed notes and/or reports.

II

CONCLUSION

      On the basis of the foregoing, the Government respectfully requests its Motion for Reciprocal Discovery be granted.

      DATED: June 3, 2008.

      Respectfully submitted,

      KAREN P. HEWITT
      United States Attorney

      <u>s/ Melanie K. Pierson</u>
      MELANIE K. PIERSON
      Assistant United States Attorney
      Attorneys for Plaintiff
      United States of America
      Melanie.Pierson@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR1092-JAH |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| JAMES FOLSOM, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, MELANIE K. PIERSON, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of Points and Authorities in Support of Government's Motion for Reciprocal Discovery on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Carlos F. Negrete (cnegrete1@hotmail.com)**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2008.

                 s/ Melanie K. Pierson

                 MELANIE K. PIERSON
                 Assistant United States Attorney