KAREN P. HEWITT
United States Attorney
MELANIE K. PIERSON
Assistant U.S. Attorney
California State Bar No. 112520
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5685 /(619) 557-7055 (Fax)
Email: Melanie.Pierson@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1092-JAH |
|---|---|---|
| Plaintiff, | ) | DATE: September 29, 2008 |
| | ) | TIME: 9:00 a.m. |
| v. | ) | |
| | ) | GOVERNMENT'S NOTICE OF MOTION |
| JAMES FOLSOM, | ) | AND MOTION TO REVOKE BOND FOR |
| | ) | VIOLATION OF CONDITIONS OF |
| Defendant. | ) | RELEASE |
| | ) | |

**TO:   Carlos F. Negrete, Counsel for defendant JAMES FOLSOM**

PLEASE TAKE NOTICE that on Monday, September 29, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney and MELANIE K. PIERSON, Assistant United States Attorney, will move the court for an order granting the Government's Motion to Revoke Bond for Violation of Conditions of Release.

//
//
//
//
//
//
//
//

**MOTION**

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney and MELANIE K. PIERSON, Assistant United States Attorney, will hereby move the court for an order granting the Government's Motion to Revoke Bond for Violation of Conditions of Release.

DATED:  September 8, 2008.

>                     Respectfully submitted,
>
>                     KAREN P. HEWITT
>                     United States Attorney
>
>                     /s/ Melanie K. Pierson
>
>                     MELANIE K. PIERSON
>                     Assistant United States Attorney
>                     Attorneys for Plaintiff
>                     United States of America
>                     Email:  Melanie.Pierson@usdoj.gov

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1092-JAH |
| Plaintiff, | ) | |
| v. | ) | |
| JAMES FOLSOM, | ) | **CERTIFICATE OF SERVICE** |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Melanie K. Pierson, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Government's Notice of Motion and Motion to Revoke Bond for Violation of Conditions of Release, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Carlos F. Negrete (cnegrete1@hotmail.com)**

**A copy will also be given to Ryan Alejandria, Pre-Trial Services.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2008.

s/ Melanie K. Pierson
_____
MELANIE K. PIERSON
Assistant United States Attorney
Melanie.Pierson@usdoj.gov