Carlos F. Negrete, Esq. SBN # 134658
**LAW OFFICES OF CARLOS F. NEGRETE**
27422 Calle Arroyo
San Juan Capistrano, CA 92675-2747
Telephone (949) 493-8115
Telefax     (949) 493-8170

Attorney for Defendant, James Folsom

# UNITED STATES DISTRICT COURT FOR THE

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08-CR-1092-JAH |
| Plaintiff, ) | *Hon. John A. Houston* |
| vs. ) | **NOTICE OF MOTIONS AND MOTIONS TO:** |
| ) | **1) COMPEL FURTHER DISCOVERY;** |
| ) | **2) LEAVE TO FILE FURTHER MOTIONS** |
| JAMES FOLSOM, ) | Date:      September 29, 2008 |
| Defendant. ) | Time:      9:00 a.m. |
| ) | Courtroom:   11 |

**TO THE HONORABLE JOHN A. HOUSTON; KAREN P. HEWITT, UNITED STATES ATTORNEY, AND MELANIE K. PEARSON, ASSISTANT UNITED STATES ATTORNEY:**

**PLEASE TAKE NOTICE** that on September 29, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, the Defendant, James Folsom, by and through his attorneys, Carlos F. Negrete, will ask this Court to issue an order granting the motions listed below.

**MOTIONS**

The Defendant, James Folsom, by and through his attorneys, Carlos F. Negrete, asks this Court pursuant to the Fifth and Sixth Amendments to the United States Constitution, Federal Rules of Criminal Procedure 12 and 16, and all other applicable statutes, case law and local rules, here moves this Court for an order to:

    1) compel further discovery; and

    2) leave to file further motions.

These motions are based upon the instant motions and notices of motions, the attached statement of facts and memorandum of points and authorities, the files and record in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Dated: September 29, 2008           Respectfully submitted,
                                             **LAW OFFICES OF CARLOS F. NEGRETE**

                                             _____s/ Carlos F. Negrete_____
                                             Carlos F. Negrete, Esq
                                             Attorneys for James Folsom

# PROOF OF SERVICE

**United States v. James Folsom**
**Case No.: 08-CR-1092-JAH**

I, Carlos F. Negrete, declare under penalty of perjury, that I am a citizen of the United States, that my office address is as indicated below, that I am over the age of eighteen years, and that I am not a party to the above entitled action.

I further declare that on the date indicated below, I served the party listed below via electronic filing the following: **NOTICE OF MOTIONS AND MOTIONS TO 1) COMPEL DISCOVERY 2) TO FILE FURTHER MOTIONS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTIONS.**

Office of United States Attorney
Melanie Pearson, AUSA
880 Front Street
San Diego, CA  92101

Dated: May 12, 2008                  _____s/Carlos F. Negrete_____
                                     **Carlos F. Negrete**