| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | MELANIE K. PIERSON<br>Assistant U.S. Attorney |
| 3 | California State Bar No. 112520<br>Federal Office Building |
| 4 | 880 Front Street, Room 6293<br>San Diego, California 92101-8893 |
| 5 | Telephone:    (619) 557-5685 |
| 6 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In the Matter of the Search of | ) ) | Case No.  03-MG-0800 |
| The property located at<br>10905 Promesa Drive<br>San Diego, California | ) ) ) ) ) | GOVERNMENT'S MOTION TO<br>UNSEAL SEARCH WARRANT<br>AFFIDAVIT |

COMES NOW the plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Melanie K. Pierson, Assistant United States Attorney, and hereby moves to unseal the search warrant affidavit in the above captioned matter in order to provide it to defense counsel as discovery in Criminal Case 08-CR-1092-JAH.

DATED:    September 9, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Melanie K. Pierson
MELANIE K. PIERSON
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>   )  <br>         Plaintiff,   )  <br>   )  <br>   v.    )  <br>   )  <br> JAMES FOLSOM,   )  <br>   )  <br>         Defendant.   )  <br> _____ ) | Case No. 08-CR-1092-JAH  <br><br><br> CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, MELANIE K. PIERSON, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Government's Motion to Unseal the Search Warrant Affidavit in Case No. 03-MG-0800 on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Carlos Negrete, Esq.   at cnegrete1@hotmail.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 9, 2008.

s/ Melanie K. Pierson  
MELANIE K. PIERSON

2