```
1   KAREN P. HEWITT
    United States Attorney
2   MELANIE K. PIERSON
    Assistant U.S. Attorney
3   California State Bar No. 112520
    Federal Office Building
4   880 Front Street, Room 6293
    San Diego, California 92101-8893
5   Telephone:   (619) 557-5685

6   Attorneys for Plaintiff
    United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of the search of ) | Case No. 03-MG-0800 |
| ) | Case No. 08CR1092 JAH |
| ) | |
| The property located at ) | ORDER PERMITTING UNSEALING |
| 10905 Promesa Drive ) | OF SEARCH WARRANT AFFIDAVIT |
| San Diego, California ) | |
| DAVID PALUMBO, ) | |
| ) | |
| Defendant. ) | |

The Court, having considered the motion of the Government to unseal the search warrant affidavit, hereby orders that the search warrant affidavit in matter 03-MG-0800 be unsealed so it can be provided to defense counsel in Criminal Case No. 08-CR-1092-JAH.

DATED: September 12, 2008

_____
JOHN A. HOUSTON
United States District Judge